

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00045-CV

| | | |
|---|---|---|
| Stephen Nolan Bedford and Autumn Bedford | § | From the 96th District Court |
| | § | of Tarrant County (096-275689-14) |
| v. | § | February 11, 2016 |
| Darin Spassoff and 6 Tool, LLC, formerly known as Dallas Dodgers Baseball Club, LLC, d/b/a Dallas Dodgers Baseball | § | Opinion by Justice Meier |
| | § | Dissent by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part, reversed in part, and remanded. We affirm that portion of the trial court's order that denied the motion to dismiss as to Appellees' libel claim. We reverse that portion of the trial court's order that denied the Appellants' motion to dismiss as to Appellees' business disparagement, intentional infliction of emotional distress, tortious interference, and breach of contract claims. We remand this case to the trial court further proceedings

consistent with this opinion and in accordance with the Texas Citizens Participation Act.

It is further ordered that Appellants Stephen Nolan Bedford and Autumn Bedford shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
      Justice Bill Meier